1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045

7 | Facsimile: (408) 535-5066

8 | Attorneys for Plaintiff

SEALED BY ORDER OF THE COURT

FILED

2008 FEB 11  P 1:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: The Matter of The Complaint Pertaining to ) No. CR
James Edward Moore, Jr.                          )
                                                 ) 08-70069 PVT
                                                 ) SEALING APPLICATION AND
                                                 ) [PROPOSED] ORDER
                                                 )

The United States requests that the above-referenced complaint, as well as this application and order, be sealed and not made available to the public until there has been a further order of the Court.

In support of this sealing application, the United States represents that the ongoing investigation in this case could be jeopardized by premature release to the subject of the investigation or to the public the details of the government's investigation.

//
//
//
//
//

DOCUMENT NO.   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  Under such circumstances, a sealing order is both necessary and appropriate to ensure the
2  ongoing confidentiality of the investigation.
3  DATED: 2/11/08                    Respectfully submitted,

   SCOTT N. SCHOOLS
   United States Attorney

   JEFFREY D. NEDROW
   Assistant United States Attorney

2