SEALED BY ORDER
OF THE COURT

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CABN 161299)<br>Assistant United States Attorney |

FILED

'08 FEB 11  P 1: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: The Matter of The Complaint Pertaining to ) No. CR
James Edward Moore, Jr.                          )
                                                 )  08-70069 PV1
                                                 )  SEALING ORDER
                                                 )

Upon application of the United States and good cause appearing, IT IS HEREBY ORDERED that the above-referenced complaint affidavit, as well as the sealing application and order, be sealed and not made available to the public until there has been a further order of the Court.

IT IS SO ORDERED.

DATED: 2/11/08

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

DOCUMENT NO.    CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING