No. CR-08 00113 JF HRL E-FILING



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

**THE UNITED STATES OF AMERICA**
*vs.*
**JAMES EDWARD MOORE, JR.**

## INDICTMENT

**COUNT ONE:**  21 U.S.C. §§ 952 and 960 - Importation Of Anabolic Steroids

**COUNT TWO:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(D) - Possession With Intent to Distribute Anabolic Steroids

*A true bill.*

_____
Foreperson

Filed in open court this 27 day of February

A.D. 2008

_____
United States Magistrate Judge

Bail. $ no process

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED
FEB 27 2008

UNITED STATES DISTRICT COURT   E-FILING

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00113 JF HRL

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 21 U.S.C. §§ 952 and 960–Importation of Anabolic Steroids; 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) – Possession With Intent To Distribute Anabolic Steroids |
| v. | |
| JAMES EDWARD MOORE, JR., | |
| | ) SAN JOSE VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 952 and 960– Importation Of Anabolic Steroids)

In August 2007, in the Northern District of California, and elsewhere, the defendant

JAMES EDWARD MOORE, JR.,

did knowingly import into the United States, from the People's Republic of China, a schedule III controlled substance, to wit: the anabolic steroid testosterone, in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

INDICTMENT

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(D)–Possession With Intent To Distribute Anabolic Steroids)

On or about October 11, 2007, in the Northern District of California, and elsewhere, the defendant

JAMES EDWARD MOORE, JR.,

did knowingly possess with intent to distribute a Schedule III controlled substance, to wit: the anabolic steroid testosterone, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

DATED: 2/27/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA NEDROW

INDICTMENT                                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 27 2008

---- OFFENSE CHARGED ----

Count 1: 21 U.S.C. §§ 952 and 960 - Importation Of Anabolic Steroids; Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) - Possession With Intent to Distribute Anabolic Steroids

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
FOR EACH COUNT: Five years imprisonment, $250,000 fine, Up to two years supervised release, $100 special assessment fee

---- DEFENDANT - U.S. ----

▶ JAMES EDWARD MOORE, JR.

DISTRICT COURT NUMBER
**CR-08 00113 JF HRL**

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

MITCH HERZOG, UNITED STATES POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **JEFFREY D. NEDROW**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____

Before Judge: _____

Comments: