UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, March 5, 2008
**Case Number:** CR-08-00118-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     UNITED STATES OF AMERICA V. JAMES MOORE

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | James Moore |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Manuel Araujo |

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 4/9/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.