BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00113- JF |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **STATUS HEARING** |
| JAMES MOORE, ) | |
| Defendant. ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, April 9, 2008, at 9:00 a.m., may be continued to Wednesday, May 7, 2008, at 9:00 a.m.  The continuance is being requested because defense counsel needs additional time to review discovery, investigate the facts of the case, and conduct settlement discussions with the government.  Additionally, Mr. Moore is currently in custody in the Santa Clara County Jail as a result of a State probation violation proceeding based in part on the allegations before this Court, and therefore he would not be available to attend the April 9, 2008, hearing without the filing of a writ to produce him at the hearing.

1    The parties further agree and stipulate that time should be excluded from and including
2    April 9, 2008 through and including May 7, 2008, to provide counsel reasonable time to prepare,
3    pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United
4    States and the defendant agree that granting the requested exclusion of time will serve the interest
5    of justice and outweigh the interest of the public and defendant in a speedy trial.

6

7    Dated:  April 1, 2008

                                                      _____/s/_____
8                                                        Manuel U. Araujo
                                                    Assistant Federal Public Defender
9
Dated: April 1, 2008
10                                                      _____/s/_____
                                                    JEFF NEDROW
11                                                      Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26