IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>JAMES MOORE,<br><br>　　　　　Defendant. | No. CR 08-00113- JF<br><br>**ORDER CONTINUING STATUS HEARING** |

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from April 9, 2008, to May 7, 2008 at 9:00 a.m. as well as the period of delay from April 9, 2008, to and including May 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: April ___ 2008.

_____
JEREMY FOGEL
United States District Judge