UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>V.<br><br>JAMES MOORE,<br>        Defendant. | Case Number CR-08-00113-JF<br><br>Status Hearing<br><br>May 8, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The status hearing set on May 7, 2008 is continued to May 8, 2008 at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

April 30, 2008
                                For the Court
                                Richard W. Wieking, Clerk

                                By:  /s/
                                Diana Munz
                                Courtroom Deputy Clerk