1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MOORE

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 UNIQUE STATES OF AMERICA,           )  No. CR 08-00113- JF
                                       )
                    Plaintiff,         )  **STIPULATION TO CONTINUE**
13 v.                                  )  **STATUS HEARING JUNE 25, 2008**
                                       )
14 JAMES MOORE,                        )
                                       )
15                  Defendant.         )
   _____)
16

17                              **STIPULATION**

18       Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the status hearing in the above-captioned matter, presently

20 scheduled for Thursday, May 8, 2008, at 9:00 a.m., may be continued to Wednesday, June 25,

21 2008, at 9:00 a.m.  The continuance is being requested because defense counsel needs additional

22 time to review discovery, investigate the facts of the case, and conduct settlement discussions

23 with the government.  Additionally, Mr. Moore is currently in custody in the Santa Clara County

24 Jail as a result of a State probation violation proceeding based in part on the allegations before

25 this Court.  His next court appearance on the state matter is on May15, 2008, and therefore he

26 would not be available to attend the May 8, 2008, hearing without the filing of a writ to produce

1   him at the hearing.  Mr. Moore wishes to postpone the hearing in the present matter until after his
2   expected date of release from custody in early to mid-June, 2008.
3       The parties further agree and stipulate that time should be excluded from and including
4   May 8, 2008 through and including June 25, 2008, to provide counsel reasonable time to prepare,
5   pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United
6   States and the defendant agree that granting the requested exclusion of time will serve the interest
7   of justice and outweigh the interest of the public and defendant in a speedy trial.

9   Dated: May 1, 2008

           _____/s/_____
10                     Manuel U. Araujo
                       Assistant Federal Public Defender

12  Dated: May 1, 2008

           _____/s/_____
13                     JEFF NEDROW
                       Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
No. 08-00113- JF                                          2