...

# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-00118-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     **UNITED STATES OF AMERICA V. JAMES MOORE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | James Moore |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Manuel Araujo |

PROCEEDINGS:

Further status review hearing held. Counsel are present. Defendant is not present and is in state custody. Continued to 8/20/08 at 9:00 a.m. for further status review. 56 days are excluded for the reasons stated.

Case 5:08-cr-00113-JF    Document 18    Filed 06/25/2008    Page 1 of 1