# UNITED STATES DISTRICT COURT

FILED

for the

## Northern District of California

JUL 2 9 2008

RICHARD ... KING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S.A. vs James Edward Moore, Jr.                    Docket No.CR08-00113 JF

### Petition for Arrest Warrant and Supporting Affidavit

I, Jaime A. Carranza, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1.    The above-referenced individual initially appeared before Your Honor on February 12, 2008, charged in an Indictment with violations of Title 21, United States Code, Section 952 and 960- Importation of Anabolic Steroids; and Title 21, United States Code, Section 841(a)(1) and (b)(1)(D)- Possession With Intent to Distribute Anabolic Steroids. He was released on a $100,000 unsecured bond with Pretrial supervision, including the conditions that the defendant not use alcohol to excess and that he not possess any narcotic controlled substance without a legal prescription.

2.    In a previous memorandum submitted on March 19, 2008, Pretrial Services notified the Court that the defendant was taken into state custody for a probation violation in Santa Clara County. The underlying conviction was for False Imprisonment, Use/Under the Influence of Controlled Substance, and Possession of Controlled Substance. The defendant admitted the violation on May 15, 2008, and was sentenced to 16 months custody of the California Department of Corrections. Mr. Moore was paroled from state custody on July 1, 2008.

3.    On July 18, 2008, Mr. Moore notified Pretrial Services via telephone that he was arrested on July 13, 2008, by the Scotts Valley Police Department in Scotts Valley, California, for Driving Under the Influence (DUI). He informed that on the evening of July 12, 2008, he consumed alcohol and used cocaine. The defendant relayed that he and his significant other began to argue so he left his residence. Mr. Moore was subsequently arrested for DUI during the early morning hours of July 13, 2008. Mr. Moore informed that he also consumed alcohol and used cocaine the evening of July 17, 2008.

4.    According to the police report from the Scotts Valley Police Department, the defendant was stopped at approximately 2:18 a.m. on July 13, 2008, for not

**Page Two - Petition for Arrest Warrant and
Supporting Affidavit**                     Re: Moore, Jr, James Edward
                                           Docket No.: CR08-00113 JF

having operational tail lamps. The officer noticed that the defendant had "blood shot watery eyes" and he had a hard time removing his driver's license from his wallet. Based on the signs of intoxication and the defendant's overall performance on the field sobriety tests, Mr. Moore was arrested for a violation of California Vehicle Code - 23152(a)(b) – Driving Under the Influence of Alcohol. The defendant's blood alcohol content was recorded at .14% based upon two breath samples that were submitted during the traffic stop.

5.    On July 23, 2008, the defendant's state parole officer, Michelle Hill, confirmed that the defendant was remanded into custody on a parole violation. The violation is based on the defendant incurring a new arrest in less than 30 days since his release from prison. The parole officer informed that the defendant is facing a possible five to nine month prison sentence for the violation.

6.    According to the Santa Cruz County Superior Court, the defendant failed to appear for court on an unrelated matter on July 22, 2008, and a $25,000 bench warrant was issued for his arrest. The underlying offense is Grand Theft. This offense occurred on February 8, 2008.

Based on the foregoing, there is probable cause to believe that James Edward Moore, Jr. violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

Jaime A. Carranza
U.S. Pretrial Services Officer

Reviewed by:

Allen Lew, Supervising
U.S. Pretrial Services Officer

Place **San Jose, California**
Date **July 28, 2008**

**Page Three - Petition for Arrest Warrant and**
**Supporting Affidavit**

Re: Moore, Jr, James Edward
Docket No.: CR08-00113 JF

Having considered the information set forth above,

THE COURT ORDERS:

☑ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

❏ Other:

_7/29/08_
**Date**

_Patricia V. Trumbull_
**Honorable Patricia V. Trumbull**
**U.S. Magistrate Judge**

NDCA-PSA
PS8-A
(Revised 12/16/04)