1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JEFFREY D. NEDROW (CABN 161299)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5045
7       Facsimile: (408) 535-5066
        E-Mail: jeff.nedrow@usdoj.gov
8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,           )    No. CR 08-00113-JF
12                                       )
                Plaintiff,               )
13                                       )    STIPULATION AND [PROPOSED]
            v.                           )    ORDER RE: CONTINUANCE OF
14                                       )    STATUS HEARING
    JAMES MOORE,                         )
15                                       )
                Defendants.              )
16   _____)

17          The parties, by and through their counsel of record, hereby stipulate to the following:

18          1.  The parties request that the Court continue the status/trial setting hearing presently set

19   for December 10, 2008 to January 14, 2009 at 9:00 a.m.

20          2.  The parties stipulate and request that the Court find the following as a factual basis for

21   continuing the status conference:

22           1) Defendant James Moore is currently serving a state sentence on an unrelated matter.

23   At the last status conference, the Court requested the preparation of a writ to bring the defendant

24   into federal court so that his federal matter could proceed to trial or resolution.  The government

25   prepared a writ for the next scheduled court date, December 10, 2008.  However, the government

26   has subsequently learned that ongoing construction in the Marshal's Office in the month of

27

28                                          1

1   December will make presentation of Mr. Moore difficult, if not impossible, in December.

2   Furthermore, the parties are in ongoing discussions regarding a possible pretrial disposition in

3   this matter.  A central aspect of these discussions centers on the appropriate drug quantity

4   calculation in this steroid distribution case.  Both parties need additional time to investigate the

5   quantity of drugs attributable to Mr. Moore and make informed decisions on this question prior

6   to making a final decision as to a possible trial or pretrial resolution.

7           3.    In light of these facts, the parties agree that the time between December 10, 2008 and

8   January 14, 2009 shall be excludable from the Speedy Trial Act requirements of Title 18, United

9   States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

10  3161(h)(8)(B)(iv).  The parties agree that the time is excludable in that the ends of justice served

11  by granting this continuance outweigh the best interests of the public and the defendant in an

12  earlier trial specifically based on: (1) the unavailability of the defendant, and the defendant's

13  unavailability in December due to the Marshal's Service issues; and (2) the need for defense

14  counsel and the government to have adequate time to complete their pretrial investigation into

15  the appropriate quantity of drugs attributable to the defendant's conduct in this case.  For these

16  reasons, the parties agree that a continuance is necessary to ensure the defendant's availability

17  and to ensure that counsel are prepared to make informed decisions regarding the case, and denial

18  of such a continuance would unreasonably deny defendant effective case preparation pursuant to

19  18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

20

21                                                    JOSEPH P. RUSSONIELLO
                                                      United States Attorney
22

23  December 2, 2008                    _____/s/_____
                                                      JEFFREY D. NEDROW
                                                      Assistant United States Attorney
24

25  December 2, 2008                    _____/s/_____
                                                      MANUEL ARAUJO
26                                                    Attorney for James Moore

27

28                                              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )          NO. CR 08-00113-JF
                                   )
                    Plaintiff,     )
                                   )
          v.                       )          ORDER CONTINUING STATUS
                                   )          HEARING
JAMES MOORE,                       )
                                   )
                    Defendants.    )
                                   )
                                   )
                                   )
_____    )

        FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is

continued from December 10, 2008 to January 14, 2009 at 9:00 a.m.

        The Court finds the time from December 10, 2008 to January 14, 2009 excludable from

the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to

Title 18, United States Code, Sections 3161(h)(8)(A) and  3161(h)(8)(B)(iv).  The Court finds

that the time is excludable in that the ends of justice served by granting this continuance

outweigh the best interests of the public and the defendant in an earlier trial specifically based on

(1) the unavailability of the defendant, and the defendant's unavailability in December due to the

Marshal's Service issues; and (2) the need for defense counsel and the government to have

3

1   adequate time to complete their pretrial investigation into the appropriate quantity of drugs

2   attributable to the defendant's conduct in this case.  For these reasons, the parties agree that a

3   continuance is necessary to ensure the defendant's availability and to ensure that counsel are

4   prepared to make informed decisions regarding the case, and denial of such a continuance would

5   unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A)

6   and 3161(h)(8)(B)(iv).

7

8

9   DATE: ___12/8/08_____          JEREMY FOGEL

10                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28